RECEIVED

JUL 27 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 09-320 |
| VERSUS | JUDGE DOHERTY |
| MARTIN VICTOR, JR. | MAGISTRATE JUDGE HILL |

### MEMORANDUM RULING & ORDER

Currently pending before the Court is a "Motion to Reconsider Pro Se Petitioner's Petition Seeking Clarification of the Court's Sentencing." [Doc. 883] Pursuant to the motion, Martin Victor, Jr. asks the Court to correct a clerical error in the judgment issued by this Court on July 30, 2012. [Doc. 652] The motion is GRANTED.

In order for the written pronouncement of defendant's sentence to conform with the sentence pronounced orally, and to give effect to understanding of the parties at the sentencing hearing [*see* Doc. 688, pp. 45-47; F.R.Cr.P. 36], the Court orders that an Amended Judgment of conviction be issued, providing as follows:

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 20 years, to be served concurrently with the sentence rendered on November 18, 2009 in the 15th Judicial District Court, State of Louisiana, for Possession With Intent to Distribute Cocaine, Docket No. 2009-CR-121654.

SIGNED at Lafayette, Louisiana, this 30th day of June, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE: 7-27-15
BY: Cg
TO: USPO 2cc