RECEIVED

OCT 1 5 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 09-320-01 |
| VERSUS | JUDGE DOHERTY |
| MARTIN VICTOR, JR. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

For the reasons stated in the Report and Recommendation of Magistrate Judge Hill [Doc. 801], and the reasons stated in the Report and Recommendation of Magistrate Judge Hanna [Doc. 899], and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that Martin Victor, Jr.'s § 2255 Motion is **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___15___ day of October, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE