RECEIVED
APR 2 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 09-CR-00320-001 |
| VERSUS | JUDGE DOHERTY |
| MARTIN VICTOR, JR. | MAGISTRATE JUDGE HANNA |

### RULING AND ORDER

Currently pending before the Court is Pro Se Petitioner's "Motion for Clarification Sentencing Court's Error". [Doc. 1036] Petitioner seeks"Summary Reversal of Petitioner's illegal sentence."

Defendant was sentenced by this Court on July 30, 2012. Defendant's sentence was affirmed by the United States Court of Appeals for the Fifth Circuit on June 18, 2013 [Doc. 712]. A Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. 2855 was filed by the Federal Public Defender, on behalf of the defendant on June 18, 2013. [Doc. 723] Defendant filed a *pro se* Supplemental Motion to Vacate under 28 U.S.C. 1855 on June 2, 2014. [Doc. 772]

The defendant's current motion before the Court, although entitled "Motion for Clarification Sentencing Court's Error" is indeed a successive motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. 2855. In accordance with 28 U.S.C. 2244(b)(3)(A), "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the

application." The defendant has failed to do so, therefore, this Court lacks subject matter jurisdiction.

Accordingly, Defendant's "Motion for Clarification Sentencing Court's Error" is **DENIED** without prejudice.

Rebecca F. Doherty
United States District Court Judge

April 21, 2017